UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A.W. and N.W., individually and on behalf of
B.W., a student with a disability,

                            Plaintiffs,

          -v-                     1:14-CV-1583
                                  (DNH/RFT)

BOARD OF EDUCATION WALLKILL CENTRAL
SCHOOL DISTRICT,

                            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

OFFICE OF BENJAMIN J. HINERFELD        BENJAMIN J. HINERFELD, ESQ
Attorney for Plaintiffs
2 Penn Center, Suite 1020
1500 JFK Boulevard
Philadelphia, PA 19102

GINA DECRESCENZO P.C.                    GINA M. DECRESCENZO, ESQ.
Attorney for Plaintiffs
180 South Broadway, Suite 302
White Plains, NY 10605

THOMAS, DROHAN, WAXMAN, PETIGROW   NEELANJAN CHOUDHURY, ESQ.
    & MAYLE, LLP
Attorneys for Defendant
2517 Route 52
Hopewell Junction, NY 12533


DAVID N. HURD
United States District Judge

## DECISION and ORDER

    Plaintiffs bring this action, pursuant to the Individuals with Disabilities Education

Improvement Act of 2004, 20 U.S.C. § 1415(i)(2)(A), as well as other federal and statutory provisions, seeking a review of the final administrative decision rendered by the New York State Review Officer on September 19, 2014. On April 21, 2015, the Honorable Randolph F. Treece, United States Magistrate Judge, advised by Report-Recommendation that plaintiffs' stay put motion be denied. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

Plaintiffs' stay put motion is DENIED.

IT IS SO ORDERED.

Dated: May 26, 2015
Utica, New York.

United States District Judge